# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 30, 2020

Mr. Joseph Matthew Byrdwell
101 Penn Court
Smithfield, KY 40068

     Re: Case No. 20-6114, *Joseph Byrdwell v. Doreen Goodwin*
       Originating Case No. : 3:20-cv-00342

Dear Mr. Byrdwell,

 This appeal has been docketed as case number **20-6114** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

 As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

 Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following forms are due by **October 14, 2020**.

         Appearance of Counsel
    Appellee: Disclosure of Corporate Affiliation
         Application for Admission to 6th Circuit Bar (if applicable)

 The Clerk's office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

            Sincerely yours,

            s/Ryan E. Orme
            Case Manager
            Direct Dial No. 513-564-7079

cc: Mr. Carmine Gennaro Iaccarino

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 20-6114

JOSEPH MATTHEW BYRDWELL

       Plaintiff - Appellant

v.

DOREEN SHOWALTER GOODWIN

       Defendant - Appellee